Certificate Number: 06531-NJ-DE-041096531

Bankruptcy Case Number: 26-10781

06531-NJ-DE-041096531

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 15, 2026, at 2:29 o'clock PM CDT, Fulvio R Marano completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: June 15, 2026

By: /s/Patricia Queen

Name: Patricia Queen

Title: Certified Credit Counselor