| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys for Secured Creditor<br><br>Cory F. Woerner, Esquire | |
| **In re:**<br>Fulvio Marano,<br>Debtor. | CASE NO.: 26-18742-MBK<br>CHAPTER 13 |

**OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

Wells Fargo Bank, National Association as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-FR3 Mortgage Pass-Through Certificates, Series 2006-FR3 ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE # 15), and states as follows:

1. Fulvio Marano ("Debtor") filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on August 2, 2026.
2. The Debtor filed a Chapter 13 Plan on August 21, 2026, at Doc No. 15.
3. Secured Creditor holds a security interest in the Debtor's real property located at 416 Hamilton Drive Stewartsville, NJ 08886 by virtue of a Mortgage recorded on March 30, 2006, in instrument #2006-00276023 of the Public Records of Warren County, NJ. Said Mortgage secures a Note in the amount of $288,000.00.
4. The Plan fails to commit to a decisive course of action in so far as the plan proposes either a loan modification or some form of refinancing by August 2, 2027.

5. To date a loan modification has not been offered or approved by Secured Creditor. Secured Creditor objects to this treatment because it unfairly shifts the burden of presenting a feasible Plan on Creditor instead of Debtor.
6. Secured Creditor objects to any period longer than 90 days counting from the date of filing to submit a full loan modification package for review.
7. Debtor is obligated to fund a Plan which is feasible to cure the arrears due to the objecting creditor within a reasonable time pursuant to 11 U.S.C § 1322(b)(5). Therefore, in the event that any loss mitigation efforts are not successful, the plan fails to satisfy the confirmation requirements of 11 U.S.C § 1325(a)(1).
8. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed. Secured Creditor objects to any plan that proposes to pay anything less than the anticipated arrears due of $48,297.36, such amounts subject to the anticipated proof of claim.
9. Refinancing is purely speculative given the uncertain nature of the future housing market and institutional lending practices. Furthermore, the time within which to satisfy Secured Creditor's arrears is excessive and Debtor has failed to provide alternative treatment of Secured Creditor’s Claim in the event refinance is unsuccessful.
10. It is anticipated that based upon the alleged value of the subject property there is insufficient equity for a traditional lender to entertain refinancing; the insufficient equity calls into the question the viability of such a proposal.
11. Debtor is obligated to fund a Plan which is feasible to cure the arrears due to the objecting creditor within a reasonable time pursuant to 11 U.S.C § 1322(b)(5). Therefore, in the event that any refinance efforts are not successful, the plan fails to satisfy the confirmation requirements of 11 U.S.C § 1325(a)(1).

12. Debtor must commit to either pursuing a loan modification or a full refinance of the subject property and maintain required monthly mortgage payments to the Secured Creditor.

**WHEREFORE**, Secured Creditor respectfully requests that this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

Robertson, Anschutz, Schneid, Crane
& Partners, PLLC
Authorized Agent for Secured Creditor
130 Clinton Road, Suite 202, Lobby B
Fairfield, NJ 07004
Telephone: 973-575-0707
Fax: 973-404-8886

By: /s/ Cory F. Woerner
Cory F. Woerner, Esquire
NJ Bar Number: 296702019
Email: Cwoerner@raslg.com

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys for Secured Creditor<br><br>Cory F. Woerner, Esquire | |
| **In re:**<br>Fulvio Marano,<br>Debtor. | CASE NO.: 26-18742-MBK<br>CHAPTER 13 |

**CERTIFICATION OF SERVICE**

1. I, Devin Atchison, am the secretary/paralegal for Robertson, Anschutz, Schneid, Crane & Partners, PLLC, who represents Wells Fargo Bank,National Association as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-FR3 Mortgage Pass-Through Certificates, Series 2006-FR3 in the above-captioned matter.

2. On September 17, 2026, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below:

   **OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date : 9/17/2026

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Authorized Agent for Secured Creditor
130 Clinton Road, Suite 202, Lobby B
Fairfield, NJ 07004
Telephone: 973-575-0707
Fax: 973-404-8886
By: /s/ Devin Atchison
Email: datchison@raslg.com

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Andre L. Kydala<br>Andre Kydala, Esq.<br>12 Lower Center Street<br>PO Box 5537<br>Clinton, NJ 08809 | Attorney for Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>______________________________<br>(as authorized by the court*) |
| Fulvio Marano<br>416 Hamilton Dr<br>Stewartsville, NJ 08886 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[] Notice of Electronic Filing (NEF)<br>[ ] Other<br>______________________________<br>(as authorized by the court*) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>______________________________<br>(as authorized by the court*) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br>______________________________<br>(as authorized by the court*) |